# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

## CRIMINAL ACTION NO. 1:05CR-00056-JHM

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | |
| MUHAMED DURAKOVIC | DEFENDANT |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a **PLEA OF GUILTY** to Counts One, as modified, through Four of the Twenty-One-Count Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the **GUILTY PLEA** was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I, therefore, recommend that the **PLEA OF GUILTY** be accepted and that the Defendant be adjudged **GUILTY** and have sentence imposed accordingly.

THIS

# **NOTICE**

Failure to file written objections to this Report and Recommendation within (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).

Date of Service:

Copies to:

AUSA Philip C. Chance
US Marshal
US Probation
Mr. Dennis A. Hardin

Ms. Erica Skinner, Case Manager